

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00284-CR

Loretta **STRACHE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 370016
Honorable Phil Chavarria, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is MODIFIED to DELETE the assessment of attorney's fees against appellant. The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED February 11, 2015.

_____
Sandee Bryan Marion, Chief Justice